NIQA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_Mark S. Frazier, Pro Se_

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

_The State of PA, The_
_City of Phila, Septa_

_(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)_

**19      0902**

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No

(check one)

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  If you are presently in custody, include your identification
number and the name and address of your current place of confinement.  Do the same for any additional
plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff        Name                _Mark S. Frazier, Pro Se_
                 Street Address      _315 S. Broad St._
                 County, City        _Phila_
                 State & Zip Code    _PA  19107_
                 Telephone Number    _N/A_

_Rev. 10/2009_

B.     List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _The State of PENNSYLVANIA_

Street Address _____

County, City _Harrisburg,_

State & Zip Code _PA_

Defendant No. 2

Name _The City of Philadelphia_

Street Address _____

County, City _Phila,_

State & Zip Code _PA_

Defendant No. 3

Name _Septa_

Street Address _1234 Market St._

County, City _Phila,_

State & Zip Code _PA_

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.     What is the basis for federal court jurisdiction? *(check all that apply)*

     ☒ Federal Questions      ☐ Diversity of Citizenship

B.     If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _4th Amendment, 5th Amendment, 6th amendment, Copyright Law/Act, 8th Amendment_

*they should have returned it the way I found, not I come to their office bag open and guy on computer copy Assumed*

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? *Center City, Municipal, suburban Station*

B. What date and approximate time did the events giving rise to your claim(s) occur? *1/3/2019 - 1/7/2019,* ~~...~~

C. Facts:

> What happened to you?

*Plaintiff recently filed a case with (2) witness statements, and one of which details and confirms that, along with the last arrest of plaintiff, that he had given the witness his flash drives, coat and bag since the police were arresting him, and so, this was another wrongful separation of plaintiff IP which converts this action to a wrongful separation/possession of plaintiff IP.*

> Who did what?

~~a copyright~~ ~~Plaintiff...action...after defendant changed...is not changed, the case was dismissed and this thrice times in last 3 years (2016, 2018, 2019)~~

*witness who signed a statement.*

> Was anyone else involved?

*Copyright law makes it clear that (person can keep bringing action as many times as it occurs, especially in the face of Fraud.*

> Who else saw what happened?

*plaintiff holdings on flash drive does he carry always due to circumstances and nature of IP.*

*(1) Septa called/contacted plaintiff 1/2 hour after his laptop was taken, but when his bags were stolen or people were trying to set fire up they would not respond*

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. *Plaintiff was deprived of all liberties related to his I.P.*

*Defendants*

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

*Plaintiff seeks impounding and delivering up of all copies of his IP.*

*Plaintiff seeks to be compensated for these wrongful possessions.*

*Plaintiff seeks an injunction against defendant(s) to prevent interfering w/ plaintiff's IP rights*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of ___March~~February~~_____ , 20 _19_ .

Signature of Plaintiff _Mark Barger Pro Se_
Mailing Address _315 S. Broad St_
_Phila, Pa 19107_

Telephone Number _NO Ph_
Fax Number _(if you have one)_ _N/A_
E-mail Address _m4708@yahoo.com_

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____ , 20_____ , I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____