# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK S. FRAZIER** *Plaintiff* | : : : | **CIVIL ACTION** **NO. 19-902** |
| v. | : : | |
| **THE STATE OF PA** *et al.*, *Defendants* | : : | |

# ORDER

**AND NOW**, this 18th day of March, 2019, upon consideration of Plaintiff Mark Frazier's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED with prejudice** for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*